**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JASON COTTERILL,**

    **Plaintiff,**

v.                                                                                      Case No.  8:07-cv-262-T-30TBM

**O.F. MOSSBERG & SONS, INC.,**
**et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Summary Judgment (Dkt. 69), Defendants' Memorandum of Law in opposition to the same (Dkt. 87), Defendant O.F. Mossberg & Sons, Inc.'s Motion to Strike Plaintiff's Expert Witnesses (Dkt. 78), and Plaintiff's Opposition to the same (Dkt. 86).  Upon review and consideration, the Court determines both Motions should be denied as moot.  Both Motions are premature as a result of the extended case management deadlines set forth in the Second Amended Case Management and Scheduling Order (Dkt. 81).[1]  The parties may re-file their Motions once appropriate discovery has been taken in this case.

---

[1] With respect to Plaintiff's Identification of Expert Witnesses (Dkt. 78-2), the Court notes that although Plaintiff has identified Dr. Rex B. McClellan as a metallurgy expert, neither Plaintiff nor Dr. McClellan have identified any issues or problems with the metals used to produce the firearm at issue in this case.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Summary Judgment (Dkt. 69) is **DENIED as moot.**

2. Defendant O.F. Mossberg & Sons, Inc.'s Motion to Strike Plaintiff's Expert Witnesses (Dkt. 78) is **DENIED as moot**.

**DONE** and **ORDERED** in Tampa, Florida on June 10, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-262.msj and mt strike.frm