**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JASON COTTERILL,**

    **Plaintiff,**

v.                                                          Case No.  8:07-cv-262-T-30TBM

**O. F. MOSSBERG & SONS, INC. and**
**WAL-MART STORES EAST, LP,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Agreed Motion to Seal Pursuant to Protective Order and Agreed Motion to File Documents in Paper Format (Dkt. 84). Plaintiff's counsel seeks permission to file the documents identified as Exhibit 1 to Plaintiff's Motion for Summary Judgment under seal.[1] The motion indicates that counsel for Plaintiff and both defendants have agreed to the filing under seal of approximately 2200 documents and the index thereto.

As Plaintiff's Motion for Summary Judgment has been denied as moot (Dkt. 90), the Court concludes the instant Motion should also be denied as moot. For future motions, the Court requests all parties pay careful attention when making requests to file under seal and marking items as "confidential." The documents filed in connection with the instant Motion

---

[1] Exhibit 1 to Plaintiff's Motion for Summary Judgment references enclosed confidential documents and a DVD of 160 photographs referenced as "Exhibit A to Affidavit."

included a number of photographs and numerous repair and/or return orders for the rifle model at issue in this action. The Court questions the validity of sealing these items should they be filed in support of a future motion.

It is therefore ORDERED AND ADJUDGED:

1. Plaintiff's Agreed Motion to Seal Pursuant to Protective Order and Agreed Motion to File Documents in Paper Format (Dkt. 84) is **DENIED as moot**.

2. The Clerk is directed to return the documents and DVD filed in connection with the instant Motion to Plaintiff's counsel. Due to the voluminous nature of the materials filed, Plaintiff's counsel shall arrange for pickup of the subject materials from the Clerk.

**DONE** and **ORDERED** in Tampa, Florida on June 10, 2008.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-262.mt seal.wpd