# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JASON COTTERILL,**

    **Plaintiff,**

v.                                                         **Case No.  8:07-cv-262-T-30TBM**

**O. F. MOSSBERG & SONS, INC., et al.,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Leave to File Amended Complaint (Dkt. 138) and Defendants' Memorandum of Law in opposition to the same (Dkt. 146).

Upon review and consideration, it is ORDERED AND ADJUDGED that:

1. Plaintiff's Motion is **GRANTED in part**, but only to the extent it seeks to clarify the name of defendant to be O.F. Mossberg & Sons, Inc., instead of simply Mossberg & Sons.  Plaintiff's Complaint is hereby corrected to reflect this change.

2. The remaining issues addressed in Plaintiff's Motion are hereby scheduled for a hearing at the U. S. Sam Gibbons Courthouse, 801 North Florida Avenue, Courtroom #13A, Tampa, Florida, on **MONDAY, NOVEMBER 24, 2008, at 9:15 A.M.**  Time reserved:  Fifteen (15) minutes.

**DONE and ORDERED** in Tampa, Florida on November 7, 2008.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record